**Order filed, May 16, 2013.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-13-00024-CV

_____

## MOHAMMED KHAN AND TASNEEM KHAN, Appellant

## V.

## SAFECO SURPLUS LINES, CRAWFORD & COMPANY AND GARY WHIGHTSIL, Appellee

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 04-DCV-135176**

## ORDER

The reporter's record in this case was due **May 09, 2013**. *See* Tex. R. App. P. 35.1. Appellant has been found indigent and entitled to proceed without payment of costs. Appellant has provided this court with evidence the record has been requested.

The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Elizabeth Wittu**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM